UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT M., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No.: 20-cv-1973-DEB <br><br> **ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** <br><br> **[DKT. NO. 2]** |

      Before the Court is Plaintiff Grant M.'s Application to Proceed *In Forma Pauperis*. Dkt. No. 2. For the reasons set forth below, the Court **DENIES** the Application.

      All parties instituting a civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a $400 filing fee. *See* 28 U.S.C. § 1914(a). The Court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of assets, showing he is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). "[T]he facts as to [an] affiant's poverty" must be stated "'with some particularity, definiteness, and certainty.'" *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (quoting *Jefferson v. United States*, 277 F.2d 723, 725 (9th Cir. 1960)). "It is important for litigants applying to proceed without prepaying fees and costs to accurately and honestly report their income, assets, and

expenses. . . ." *Archuleta v. Arizona*, No. 19-cv-05466-PHX-CDB, 2019 WL 6349071, at *1 (D. Ariz. Oct. 25, 2019).

Here, Plaintiff states he receives $1,374.00 per month in retirement and $146.00 per month in food stamps (totaling $1,520.00). Dkt. No. 2 at 2. Plaintiff reports he is unemployed and has no assets. *Id*. at 2–3. Plaintiff states that he has $270 in monthly expenses ($146.00 per month for food and $124.00 per month on "rent or home-mortgage payment[s].") *Id*. at 4. Thus, Plaintiff's monthly income exceeds his expenses by $1,250, leaving adequate funds to pay the required filing fee.

Accordingly, the Court **DENIES** Plaintiff's motion to proceed *in forma pauperis*. Plaintiff must pay the requisite filing fee on or before **November 18, 2020**, or his case may be dismissed.

**IT IS SO ORDERED**.

Dated:  October 16, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge